EDWARD H. KUBO, JR.          2499
United States Attorney

FLORENCE T. NAKUKUNI         2286
Assistant U.S. Attorney

MICHAEL K. KAWAHARA          1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 04 2004

at ____ o'clock and 42 min ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. CR04-00284 SOM |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | [21 U.S.C. 846, 841(a)(1)] |
| VS. ) | |
| ) | |
| CARLOS EMILIO BECERRADA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**INDICTMENT**

Count 1:

The Grand Jury charges that:

On or about July 21, 2004 in the District of Hawaii, defendant CARLOS EMILIO BECERRADA knowingly and intentionally attempted to possess with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Count 2:

The Grand Jury further charges that:

On or about July 21, 2004 in the District of Hawaii, defendant CARLOS EMILIO BECERRADA knowingly and intentionally possessed with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

DATED: Honolulu, Hawaii, August 4, 2004.

A TRUE BILL.

/s/

GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By _____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. BECERRADA, USDC-Hawaii, Indictment.