PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
CARLOS BECERRADA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00284 JMS |
|---|---|---|
| Plaintiff, | ) ) | MOTION TO WITHDRAW |
| | ) | AS COUNSEL; DECLARATION OF |
| vs. | ) | COUNSEL; CERTIFICATE OF |
| | ) | SERVICE |
| CARLOS BECERRADA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Defendant CARLOS BECERRADA, by and through undersigned counsel, Shanlyn A.S. Park, Assistant Federal Defender, hereby moves this Court to withdraw the Office of the Federal Public Defender as counsel due to a recently discovered conflict of interest.

This motion is based upon the Sixth Amendment and the attached declaration of counsel.

DATED: Honolulu, Hawaii, January 30, 2006.

    /s/ Shanlyn A.S. Park
SHANLYN A.S. PARK
Attorney for Defendant
CARLOS BECERRADA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00284 JMS |
|---|---|
| Plaintiff, | ) DECLARATION OF COUNSEL |
| vs. | ) |
| CARLOS BECERRADA, | ) |
| Defendant. | ) |

### **DECLARATION OF COUNSEL**

I, SHANLYN A.S. PARK, hereby declare as follows:

1. I am counsel for defendant CARLOS BECERRADA, having been appointed pursuant to the Criminal Justice Act.

2. On January 26, 2006, a conflict of interest became apparent which clearly precludes the Office of the Federal Public Defender from further representation of Mr. Becerrada.

3. That new counsel should be appointed from the CJA panel since Mr. Becerrada's indigency status has not changed.

4. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, January 30, 2006.

    /s/ Shanlyn A.S. Park
SHANLYN A.S. PARK
Attorney for Defendant
CARLOS BECERRADA

## CERTIFICATE OF SERVICE

I, SHANLYN A.S. PARK, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address on January 30, 2006:

Served Electronically through CM/ECF:

MICHAEL K. KAWAHARA
michael.kawahara@usdoj.gov
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, January 30, 2006.

/s/ Shanlyn A.S. Park
SHANLYN A.S. PARK
Attorney for Defendant
CARLOS BECERRADA