# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/1/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR04-00284JMS |
| CASE NAME: | USA v. Carlos Emilio Beccerrada |
| ATTYS FOR PLA: | Michael Kawahara |
| ATTYS FOR DEFT: | Shanlyn Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/1/2006 | TIME: | 2:04-2:06pm |

COURT ACTION:  EP: Motion to Withdraw as Counsel - defendant present, in custody.

Based on representations set out in the Motion to Withdraw and statements made at today's hearing, the court grants the Motion to Withdraw as Counsel.  The court will appoint CJA counsel to represent defendant.  Ms. Park to prepare the order.

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager