PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK   #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
CARLOS BECERRADA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00284 JMS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | FOR WITHDRAWAL AND |
| vs. | ) | SUBSTITUTION OF COUNSEL |
| | ) | |
| CARLOS BECERRADA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

On February 1, 2006, a hearing was held before this Court on counsel

Shanlyn A.S. Park's motion for withdrawal and substitution of counsel.  The Court

having considered the pleading filed by counsel and the government having no objection to the instant motion,

IT IS HEREBY ORDERED THAT Defendant's motion for withdrawal and substitution of counsel be and is hereby granted and that Emmanuel Guerrero, Esq. is appointed in the instant matter for all proceedings hereafter.

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, February 7, 2006..




Kevin S.C. Chang
United States Magistrate Judge


APPROVED AS TO FORM ONLY:

/s/ Michael K. Kawahara
MICHAEL K. KAWAHARA
Assistant United States Attorney


UNITED STATES v. CARLOS BECERRADA
CR. NO. 04-00284 JMS
ORDER GRANTING MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL