EDWARD H. KUBO, JR.       2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA       1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-0284JMS |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING TRIAL |
| | ) | AND EXCLUDING TIME UNDER THE |
| VS. | ) | SPEEDY TRIAL ACT; ORDER |
| | ) | |
| CARLOS EMILIO BECERRADA, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION CONTINUING
TRIAL DATE AND EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT**

Trial herein is currently scheduled for March 7, 2006, before U.S. District Judge J. Michael Seabright.

Defendant was previously represented by Assistant Federal Public Defender Shanlyn A.S. Park.  However, at the prior hearing on February 1, 2006, this Court permitted Ms. Park to withdraw and subsequently appointed Emmanuel G. Guerrero, Esq., of Honolulu, as defendant's new counsel.  Mr. Guerrero has just received the files from Ms. Park and needs additional time beyond

March 7, 2006 to acquaint himself with the instant case and to prepare defendant's defense.  The United States does not object to defendant's trial continuance request.

Based upon the foregoing, it is hereby stipulated and agreed as follows:

   (1) Trial herein is continued from March 7, 2006 until 9:00 a.m. on June 6, 2006 before District Judge Seabright;

   (2) The final pretrial conference is rescheduled for May 8, 2006 at 10:00 a.m. before Magistrate Judge Barry M. Kurren;

   (3) Defendant's pretrial motions filing deadline is extended until April 7, 2006, and the Government's response thereto is extended until April 28, 2006; and

   (3) Pursuant to 18 U.S.C. 3161(h)(8)(A) of the Speedy Trial Act of 1974, as amended, the ends of justice served by granting this trial continuance outweigh the best interest of the public and the defendant in a speedy trial, in order to preserve reasonable trial preparation time for defendant.  Therefore, the time period March 7, 2006 up through and including June 6, 2006

is hereby excluded from time computation.

    DATED: Honolulu, Hawaii, February 17, 2006.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Michael K. Kawahara
                                  MICHAEL K. KAWAHARA
                                  Assistant U.S. Attorney


                              /s/ Emmanuel G. Guerrero
                              EMMANUEL G. GUERRERO
                              Attorney for defendant

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, February 22, 2006.

                              _____
                              J. Michael Seabright
                              United States District Judge




USA v. Becerrada, USDC-Hawaii Cr. No. 04-0284JMS, Stipulation Continuing Trial Date and Excluding Time Under the Speedy Trial Act; Order.