# ORIGINAL

EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 5 2006

at 4 o'clock and 45 min. P_M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>VS.<br><br>CARLOS EMILIO BECERRADA,<br><br>Defendant. | CRIM. NO. 04-0284JMS<br><br>STIPULATION CONTINUING TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT; ORDER |

## STIPULATION CONTINUING
## TRIAL DATE AND EXCLUDING TIME
## UNDER THE SPEEDY TRIAL ACT

Trial herein is currently scheduled for June 6, 2006, before

U.S. District Judge J. Michael Seabright.

Defendant is currently represented by Emmanuel G. Guerrero,

Esq., of Honolulu.   Mr. Guerrero is also defense counsel of

record in State v. Johnson, which commences trial on June 5, 2006

in State First Circuit Court and consequently, Mr. Guerrero would

be unavailable to try the instant case on the present trial date.

Defendant therefore has requested a trial continuance in order to

maintain continuity of counsel.  The United States does not object to defendant's trial continuance request.

Based upon the foregoing, it is hereby stipulated and agreed as follows:

(1)  Trial herein is continued from June 6, 2006 until 9:00 a.m. on August 29, 2006 before District Judge Seabright;

(2) The final pretrial conference is rescheduled for July 24, 2006 at 10:00 a.m. before Magistrate Judge Leslie E. Kobayashi;

(3) Pursuant to 18 U.S.C. 3161(h)(8)(A) of the Speedy Trial Act of 1974, as amended, the ends of justice served by granting this trial continuance outweigh the best interest of the public and the defendant in a speedy trial, in order to preserve continuity of counsel for defendant.  Therefore, the time period June 6, 2006 up through and including August 29, 2006

is hereby excluded from time computation.

DATED: Honolulu, Hawaii, May 8, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Michael K. Kawahara
MICHAEL K. KAWAHARA
Assistant U.S. Attorney



/s/ Emmanuel G. Guerrero
EMMANUEL G. GUERRERO
Attorney for defendant



APPROVED AND SO ORDERED:




J. MICHAEL SEABRIGHT
United States District Judge


USA v. Becerrada, USDC-Hawaii Cr. No. 04-0284JMS, Stipulation
Continuing Trial Date and Excluding Time Under the Speedy Trial
Act; Order.