# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/2/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CRIMINAL 04-00184JMS

CASE NAME:         United States of America vs. Carlos Emilio Becerrada

ATTYS FOR PLA:     Michael K. Kawahara

ATTYS FOR DEFT:    Emmanuel Guerrero

INTERPRETER:

| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
|---|---|---|---|
| DATE: | 8/2/2006 | TIME: | 10:00 - 10:40 |

COURT ACTION:  Motion for Withdrawal of Not Guilty Plea and to Plead Anew:

Defendant present in custody with counsel Emmanuel Guerrero.

Defendant sworn.  Questioned by Court.

Advised of his constitutional rights, provisions of the Sentencing Guidelines.

Court read the indictment to the defendant.

Advised of the maximum and minimum penalties provided by law.

Mr. Kawahara recited the essential provisions of the plea agreement.
Memorandum of Plea Agreement filed.

Mr. Kawahara summarized the government's evidence against the defendant.
The defendant admitted his involvement in this case.

Guilty plea entered to Counts 1 and 2 of the Indictment.  Court accepts guilty plea and enters judgment of guilty.

Defendant referred for presentence investigation and report and sentencing set for Monday, November 20, 2006 at 2:15 p.m. before the Honorable J. Michael Seabright.
BAIL:   Ordered that defendant continue to be detained.

Submitted by:  Dottie Miwa, Courtroom Manager