EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00284 JMS |
| Plaintiff, ) | |
| vs. ) | GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| CARLOS EMILIO BECERRADA, ) | |
| Defendant. ) | Date:  November 20, 2006<br>Judge: Hon. J. Michael Seabright |

GOVERNMENT'S SENTENCING STATEMENT

    The government has no objections to the proposed pre-sentence report.

    DATED:  October 6, 2006, at Honolulu, Hawaii.

                            EDWARD H. KUBO, JR.
                            United States Attorney
                            District of Hawaii


                            By /s/ Michael K. Kawahara
                                MICHAEL K. KAWAHARA
                                Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Mr. Emmanuel G. Guerrero           attyegg@aol.com      October 6, 2006

   Attorney for Defendant
   Carlos Emilio Becerrada

Served by hand-delivery:

Probation Officer                                         October 6, 2006
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                                        /s/ Rowena N. Kang