ORIGINAL

Law Offices of Emmanuel G. Guerrero
EMMANUEL G. GUERRERO 5275
568 Halekauwila Street, The Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 532-2950
Facsimile: (808) 545-2628
Email: Attyegg@aol.com
Attorney for Defendant
CARLOS EMILIO BECERRADA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 27 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00284 JMS -01 |
| ) | |
| Plaintiff, ) | CARLOS EMILIO BECERRADA'S |
| ) | SENTENCING STATEMENT; |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| CARLOS EMILIO BECERRADA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CARLOS EMILIO BECERRADA'S SENTENCING STATEMENT**

COMES NOW defendant, CARLOS EMILIO BECERRADA, through his counsel, EMMANUEL G. GUERRERO, and respectfully submits his Sentencing Statement in the above-entitled case, and hereby states that he has no objections to the Proposed Presentence Report dated October 18, 2006.

DATED: Honolulu, Hawaii, October 27, 2006

EMMANUEL G. GUERRERO
Attorney for Defendant
CARLOS EMILIO BECERRADA

## CERTIFICATE OF SERVICE

I, EMMANUEL G. GUERRERO, hereby certify that a true and exact copy of the foregoing document will duly mailed and/or hand-delivered to the following:

1) Mr. Michale Kawahara
   Assistant United States Attorney
   Room 6-100, PJKK Federal Building
   300 Ala Moana Boulevard
   Honolulu, Hawaii 96850

   Attorney for Plaintiff
   UNITED STATES OF AMERICA

2) Mr. Kevin Teruya
   Senior U.S. Probation Officer
   U.S. Probation Office, District of Hawaii
   300 Ala Moana Boulevard
   Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, October 28, 2006.

_____
EMMANUEL G. GUERRERO