EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0284JMS |
| | ) | |
| Plaintiff, | ) | MOTION FOR DEPARTURE DOWNWARD |
| | ) | IN SENTENCING DEFENDANT |
| VS. | ) | |
| | ) | |
| CARLOS EMILIO BECERRADA, | ) | Sentencing date: 11/24/06 at |
| | ) | 9:00 a.m., before the Hon. |
| | ) | J. Michael Seabright, U.S. |
| Defendant. | ) | District Judge |
| _____ | ) | |

**MOTION FOR DOWNWARD DEPARTURE**
**IN SENTENCING DEFENDANT**

        The United States of America, by and through its undersigned

counsel, hereby moves this Honorable Court to depart downwards in

imposing sentence upon defendant Carlos Emilio Becerrada, due to

his substantial assistance to and cooperation with law

enforcement authorities in the investigation or prosecution of

other persons who have committed an offense.

This motion is made pursuant to 18 U.S.C. 3553(e) and U.S. Sentencing Commission Guideline 5K1.1, and is based upon the information contained in the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant", filed concurrently herewith.

DATED:  Honolulu, Hawaii, November 9, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Michael K. Kawahara
   MICHAEL K. KAWAHARA
   Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Emmanuel G. Guerrero        attyegg@aol.com        November 9, 2006

  Attorney for Defendant
  Carlos Emilio Becerrada

Served by hand-delivery:

Probation Officer                                        November 9, 2006
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                              /s/ Rowena N. Kang