**ORIGINAL**

Law Offices of Emmanuel G. Guerrero
EMMANUEL G. GUERRERO  5275
568 Halekauwila Street, 2nd Floor
Honolulu, Hawaii  96813
Tel: (808) 532-2950
Fax: (808) 545-2628
E-Mail: Attyegg@aol.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 09 2006

at __10__ o'clock and __51__ min __A__ M
SUE BEITIA, CLERK

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | CR. NO. 04-00284 – JMS -01 |
|  | ) |  |
| Plaintiff, | ) | DEFENDANT'S FIRST LIST |
|  | ) | OF EXHIBITS (PHOTOS); |
| vs. | ) | EXHIBITS; CERTIFICATE |
|  | ) | OF SERVICE |
| CARLOS EMILIO BECERRADA, | ) |  |
|  | ) | Sentencing: Nov. 24, 2006 |
| Defendant. | ) |  |

**DEFENDANT'S FIRST LIST OF EXHIBITS (PHOTOS)**

COMES NOW DEFENDANT, CARLOS EMILIO BECERRADA, by and through his counsel, EMMANUEL G. GUERRERO, and hereby submits his First List of Exhibits, of which are attached hereto, and incorporated herein by reference.

DATED:  Honolulu, Hawaii, November 8, 2006

_____
EMMANUEL G. GUERRERO
Attorney for Defendant