# **EXHIBITS**

1: Picture of Defendant and his Family

Defendant, Anita (fiance'e), Jessica and Erika (Defendant's daughters from 1st marriage), Brittany (Defendant's "step-daughter" - Anita's daughter), and Kainalu (Defendant's 1st wife son).

2: Picture of Defendant Anita, step-daughter Brittany, and Landlord and her children.

3. Little League photo of Defendant, his brothers and Mother, and childhood friend.

4. 1989 picture of Carlos and his brothers, Rueben and Gabriel.