

Jessica (daugther)      Erika (daughter)
        Anita (wife)              Kainalu (ex-wife's son)



Anita     Jessica        Erika
        Brittany (Anita's daughter)

