

Anita

Brittany    Evan (Debra's son)    Kara    (Debra's daughter)



Debra Carrasso (Landlord)

"2"