

Gabriel (on knee)       Rueben      Ernie Soto (childhood friend)
Carlos    Carlos' Mother

"3"