

Gabriel        Carlos        Rueben

1989 Photo of Brothers

"4"