ORIGINAL

Law Offices of Emmanuel G. Guerrero
EMMANUEL G. GUERRERO  5275
568 Halekauwila Street, 2nd Floor
Honolulu, Hawaii  96813
Tel: (808) 532-2950
Fax: (808) 545-2628
E-Mail: Attyegg@aol.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| UNITED STATE OF AMERICA, | ) | CR. NO. 04-00284 – JMS -01 |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S SECOND LIST OF EXHIBITS (LETTERS); CERTIFICATE OF SERVICE |
| vs. | ) | |
| CARLOS EMILIO BECERRADA, | ) | Sentencing:  Nov. 24, 2006 |
| Defendant. | ) | |

**DEFENDANT'S SECOND LIST OF EXHIBITS (LETTERS)**

COMES NOW DEFENDANT, CARLOS EMILIO BECERRADA, by and through his counsel, EMMANUEL G. GUERRERO, and hereby submits his Second List of Exhibits, to wit, three (3) letters of support, of which are attached hereto, and incorporated herein by reference.

DATED:  Honolulu, Hawaii, November 16, 2006.

EMMANUEL G. GUERRERO
Attorney for Defendant