# New Beginnings Christian Fellowship
# Church of God

*Catching The Waves of the Spirit*

October 11, 2006

Re: Carlos Emilio Beccerada

To Whom It May Concern:

I had the privilege of getting to know Carlos for a short season, approximately 1½ years. I also had the opportunity to be his mother's Pastor for approximately 2½ years.

My contact with Carlos included a Pastoral role and then as a friend through sports and golf. In my company Carlos was conscientious, caring, and very respectful. I realize the charges against him are very serious, however, I would ask the court for mercy and leniency.

I realize when this law is broken there are consequences that follow. I would request a sentence that would include rehabilitation and the opportunity to use his skills as a painter and to add to society.

If you have further questions, feel free to call me at (805) 581-8842.

Sincerely Yours,

Rod Ritchie
Senior Pastor
New Beginnings Christian Fellowship

*2816 North Sycamore Drive, Simi Valley, California 93065*
*(805) 522-3555*