To Whom It May Concern:

I am writing this letter concerning my nephew Carlos Becerrada. He is due to be sentenced shortly on a drug charge. I am hoping to give you some type of insight as to his character. Carlos is far from being perfect, but I don't know anyone who is. I have known him all his life and I know his true heart. As a kid, he was always very respectful and courteous of other people. He would involve himself in playing sports. Whatever led him to start getting himself into trouble, I don't know. Young kids do things impulsively and then find themselves in a bad situation. I had hoped that he would learn from his mistakes, but now he is faced with this new charge. What I ask of you, your honor, is not to punish him too harshly. I truly believe that it would not serve society or be in the best interest of justice for him to serve an overly lengthy sentence. He has three daughters who love him very much, not to mention the rest of his family. I believe that given another chance to come out at an age where he can still be productive member of society would be more beneficial to him and society.

Your honor, I would like to tell you a little about myself:
I am a recovering addict, I have 25 years Clean & Sober, I was given a chance as well, and in stead of prison, which I was in for many years. I was finally given the opportunity to enroll into a 9 month Drug Program called Cri-Help located in North Hollywood, California. I was terrified to be in a place surrounded by people I didn't know. I was sent to N/A meetings every night. During the day we were given chores. That included sweeping invisible leaves, cutting & cleaning produce for our lunch and dinner and many other chores. We also attended a 12 step study everyday that was provided by Cri-Help, and in that Step Study we read the Big Book of Alcoholic's Anonymous and also the Narcotic Anonymous book, which taught us how to live without drugs and how to be a productive member of society. Cri-Help staff member's would take us to outside meetings and in those meetings we were to collect 6 numbers of other Narcotic Anonymous member's and get there phone numbers, and we had to find a sponsor within the first 90 days of our stay at Cri-Help. A sponsor is a person who has at least 3 years clean & sober, and what a sponsors does is gives us directions to go through the 12- step of Narcotic's Anonymous. I did obtain a sponsor, I did my 12 Steps, and part of the steps is step 4 which is a full inventory of my life, I completed that and my sponsor helped me to overcome character defects that I had. Within 6 months of my recovery in Cri-Help I was to look for a job. I went on the bus and applied with no luck, I did not get hired. Cri-Help offered me a position at there facility to work there as a technician. I took the position and saved my money to move out on my own. I learned that it would be unsafe for me to move back into the neighborhood which I used drugs and alcohol. So for the first time I was on my own living in North Hollywood Clean & Sober. As the result of Narcotic's Anonymous, I live an alcohol and drug free life and I am married and my wife has 24 years clean & sober and we have three children, two of them are adults and one is 16 years old. I also have three precious grand daughters and one more another way. I was given another chance and the tools to change.

Thank you for your time, I pray that you will consider this letter when you impose the sentence.

Sincerely,

Edward A. Corner