To the Honorable Judge presiding in the case of Carlos Becerrada.

I have known Carlos for approximately 25 years. We met through the his grandmother who was a nanny to my two young daughters. Both my wife and I were recovered drug addicts and she chose to use drugs and was never able to recover, she eventually died because of her disease. I continued in recovery and on 12-10-06 I'll be abstinent from all drugs for 28 years through my active participation in Narcotics Anonymous. As you probably know, thousands of drug addicts worldwide have recovered in Narcotics Anonymous. In recent years Carlos and I spoke of his abstinence from drugs and involvement in N.A.

Clearly, Carlos made a terrible decision during a difficult time in his life, the murder of brother. I humbly ask for leniency in Carlos case and that you consider some form of recovery in his sentencing. I truly believe he has the desire and the motivation to returnto the path of recovery from drugs as this is at the core of his offenses.

I thank you for your consideration

*Rafael Espinosa*
Rafael Espinosa