ORIGINAL

Law Offices of Emmanuel G. Guerrero
EMMANUEL G. GUERRERO  5275
568 Halekauwila Street, 2ⁿᵈ Floor
Honolulu, Hawaii  96813
Tel: (808) 532-2950
Fax: (808) 545-2628
E-Mail: Attyegg@aol.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 6 2006

at _____ o'clock and ___ min. __ M
SUE BEITIA, CLERK

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | CR. NO. 04-00284 – JMS -01 |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S THIRD |
| | ) | LIST OF EXHIBITS |
| | ) | (LETTERS); CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| CARLOS EMILIO BECERRADA, | ) | |
| | ) | Sentencing:  Nov. 24, 2006 |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S THIRD LIST OF EXHIBITS (LETTERS)

COMES NOW DEFENDANT, CARLOS EMILIO BECERRADA, by and through his counsel, EMMANUEL G. GUERRERO, and hereby submits his Third List of Exhibits, to wit, letter form Defendant and his mother, Estrella Aguirre,  which are attached hereto, and incorporated herein by reference.

DATED:  Honolulu, Hawaii, November 16, 2006.

EMMANUEL G. GUERRERO
Attorney for Defendant