THE HONORABLE Judge

I would like to apologize to my family especially my daughters Jessica 22 yrs old, Erica 15 yrs old Britney 8 yrs old for committing the serious crime and embarrassing them and myself. I would like to apologize to this court and to the state of Hawaii and also the city and country of Honolulu.

Your Honor I accept full responsibility for the crime I committed. On 11-24-06 I'll be standing before you ready to accept my due punishment. My family will be there to support me and we all pray my punishment will start the process of me and my family beginning to heal from all this. Thank you for taking the time to read my letter.

Sincerely,
Carlos E. Becerra Jr.