To Honorable Judge presiding in the case of Carlos Becerrada,

Dear Honorable Judge,

My name is Estella Aguirre and I am the mother of Carlos Becerrada and I want to write you this letter to express to you that I understand that my son made wrong decisions in his life. I do feel that when we make the wrong decision in our lives, that we do have to pay the price for it. This letter is not to ask for my son's release, and I do believe that he needs to deal with the consequences, but I do ask for leniency. I know as a mother and single parent, I could have been a better mother and that I should have been a lot stricter than I was with all my children as a result, my children were in and out of jail and I have lost one son and his death was a violent death. Carlos was traumatized when he heard of his brother's death. I know that there is no excuse for doing what he did to get arrested, but I think that if I would have been a better mother and if I didn't have two jobs to support my kids, I would have been there more for them. It's very hard to bring up four children by yourself and with no help from their father. I tried my best to have my children in sports, which they loved, but being so busy, I did not see how they made decisions like I should have. I plead with you for leniency for my son Carlos that he is able to get into a drug program. This is something I know that works, due to having my brother and sister in-law involved in N/A and A/A meetings and they both currently have 24 and 25 years clean and sober and continue to attend meetings and sponsor other individuals who are new to the program. With my stubbornness I kept my children away from my brother and if it wasn't for me doing that I believe my son would not gone the way that he did.

Please your Honor I plead to you, to please have leniency for my son Carlos Becerrada so that he can be there for his children.

Thank you,

*Estella Aguirre*
Estella Aguirre