AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: | 1:04CR00284-001 |
| DEFENDANT: | CARLOS EMILIO BECERRADA |

Judgment - Page 2 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 14 YEARS

This term consists of FOURTEEN (14) YEARS as to each of Counts 1 and 2 of the Indictment, with all terms to run concurrently.

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       1) Terminal Island, CA.    2) Lompoc, CA.

       That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program.

       That the defendant participate in educational training programs.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _MARCH 12, 07_ to United States Penitentiary
ATTN: RECORDS
3901 Klein Blvd.
at _____, with a certified copy of this judgment. Lompoc, CA 93436

_Linder Sanders, Warden_
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

_Mark Huerth, L.I.E._
_FCC Lompoc_

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 2 3 2007
at __4__ o'clock and __3__ min __M__
SUE BEITIA, CLERK